946

MICHAEL LIEBL et al., Respondents, v. METROPOLITAN JOCKEY CLUB et al., Appellants.— Motion for reargument and for resettlement of order referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion denied, with $10 costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

TRYGVE G. PEDERSEN, Appellant, v. BOARD OF EDUCATION OF THE CENTRAL SCHOOL DISTRICT No. 2, et al., Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.